UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HOWE, Individually,<br><br>　　Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE, DOES I through X, ROE CORPORATIONS I through X, inclusive,<br><br>　　Defendant(s) | CASE NO.: 2:22-cv-01171-ART-BNW<br><br>ORDER APPROVING<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED by and between Justin Wilson, of the law firm of Jones Wilson, attorney for the Plaintiff, ADAM HOWE, and Thomas Winner and Matthew J. Douglas, of the law firm of Winner & Booze, attorneys for Defendant, GEICO ADVANTAGE INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

　　IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

1 IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above
2 referenced matter.
3 DATED this   7th    day of December, 2022.

WINNER & BOOZE

*/s/ Matthew J. Douglas*
Thomas Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102

JONES WILSON

*/s/ Justin Wilson*
Justin Wilson
Nevada Bar No. 7560
1522 W. Warm Springs Road
Henderson, Nevada 89014
Attorneys for Adam Howe

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this   7th   day of                December                2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE